# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# THOMASVILLE DIVISION

**IDELLA HARRIS,**           :
                             :
  Plaintiff,              :
                             :
v.                           :  Civil Action No. 6:05-cv-34(HL)
                             :
**JO ANNE B. BARNHART,**     :
**Commissioner of Social Security,** :
                             :
  Defendant.              :
_____

## **ORDER**

The Report and Recommendation of United States Magistrate Judge G. Mallon Faircloth, entered April 14, 2006 [doc 12], in the above-captioned case is before the Court. Neither party has filed objections to the Recommendation, as permitted by 28 U.S.C. § 636(b)(1). The Court, having given careful consideration to the Recommendation, hereby accepts the same. This matter is hereby remanded to the Commissioner of Social Security for further consideration consistent with the Report and Recommendation.

**SO ORDERED**, this the 26th day of June, 2006.


                                             s/    Hugh Lawson
                                             **HUGH LAWSON, JUDGE**

mls