**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
THOMASVILLE DIVISION**

| | | |
|---|---|---|
| **IDELLA HARRIS,** | : | |
| Plaintiff | : | |
| | : | |
| v. | : | CASE NO. 6:05-CV-34 (HL) |
| | : | |
| **JO ANNE B. BARNHART,** | : | |
| Defendant | : | |
| | : | |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 18) filed December 6, 2007 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objections were filed by the plaintiff to the Magistrate Judge's Recommendation within the time allowed.

**SO ORDERED,** this the 9th day of January, 2008.

                                                    *s/ Hugh Lawson*
                                                  **HUGH LAWSON, Judge
United States District Court**